**Order entered June 29, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01493-CR

### DELVRON TURNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-60042-R**

## ORDER

On June 8, 2021, the Court of Criminal Appeals remanded this case to this Court for consideration of whether the "Time Payment Fee" should be struck as prematurely assessed in light of their recent opinion in *Dulin v. State*, 620 S.W.3d 129 (Tex. Crim. App. 2021).

We **ORDER** appellant to file a supplemental brief or waiver of further briefing within **TWENTY DAYS** of the date of this Order.  We further **ORDER** the State to file its brief or waiver of further briefing within **TWENTY DAYS** of

the date appellant files his supplemental brief or waiver of further briefing. *See*

*Robinson v. State*, 790 S.W.2d 334, 335–36 (Tex. Crim. App. 1990).

/s/    DAVID J. SCHENCK
       JUSTICE